United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DEVIN WADE,

Plaintiff,

Case No. 26-cv-07627-NW

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On July 20, 2026, Plaintiff Devin Wade, a *pro se* detainee, mailed a letter to the Court, which was construed as an attempt to file a Complaint. *See* ECF No. 1. On that same day, the Clerk of the Court sent Wade a notice informing him that his action could not go forward until he filed a complaint on the proper form and paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. *See* ECF Nos. 2, 3. The latter notice included a blank IFP application and warned Wade that he must pay the filing fee or return a completed IFP application within 28 days, or his action would be dismissed. *See* ECF No. 3 at 1. More than 28 days have passed, and Wade has not paid the filing fee, returned the IFP application, or otherwise requested an extension of time from the Court. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Noël Wise
United States District Judge